United States District Court
Southern District of Texas
**ENTERED**
January 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN HIGGS and ALYSSA WOJNAR on behalf of themselves and all others similarly situated,<br>　　　*Plaintiffs*,<br><br>v.<br><br>OAKBEND MEDICAL CENTER,<br>　　　*Defendant*. | § § § § § § § § § § | Case No. 4:22-cv-03740<br>Judge Alfred H. Bennett |
| TAHJAE FANIEL, individually and on behalf all others similarly situated,<br>　　　*Plaintiff*,<br><br>v.<br><br>OAKBEND MEDICAL CENTER,<br>　　　*Defendant*. | § § § § § § § § § § § | Case No. 4:22-cv-04092<br>Judge Keith P. Ellison |
| JAMES JACKS and DARREN JACKSON on behalf of themselves and all others similarly situated,<br>　　　*Plaintiffs*,<br><br>v.<br><br>OAKBEND MEDICAL CENTER,<br>　　　*Defendant*. | § § § § § § § § § § | Case No. 4:22-cv-04386<br>Judge Charles Eskridge |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE

**WHEREAS** Plaintiffs Ryan Higgs and Alyssa Wojnar (*Higgs et al. v. OakBend Medical Center*, 4:22-cv-03740 (S.D. Tex.) (Judge Bennett) ("*Higgs*")), Plaintiff Tahjae Faniel (*Faniel v. OakBend Medical Center*, 4:22-cv-04092 (S.D. Tex.) (Judge Ellison) ("*Faniel*")), and Plaintiffs James Jacks, and Darren Jackson (*Jacks et al. v. OakBend Medical Center*, 4:22-cv-04386 (S.D. Tex.) (Judge Eskridge) ("*Jacks*") (together, the "Related Actions"), have filed a motion requesting that the Court consolidate the *Faniel* and *Jacks* actions into the first-filed action, *Higgs et al. v. OakBend Medical Center*, 4:22-cv-03740 (S.D. Tex.); and

**WHEREAS**, the Court has carefully reviewed the motion, including the memorandum in support thereof and all files, records, and prior proceedings to date in this matter, and good cause appearing based on the record.

**NOW THEREFORE, IT IS ORDERED** that:

1. The following related actions shall be consolidated for all purposes: *Higgs et al. v. OakBend Medical Center*, 4:22-cv-03740 (S.D. Tex.); *Faniel v. OakBend Medical Center*, 4:22-cv-04092 (S.D. Tex.); and *Jacks et al. v. OakBend Medical Center*, 4:22-cv-04386 (S.D. Tex.). The *Higgs* case is designated as the lead case. All papers filed in the Consolidated Action shall be filed under Case No. 4:22-cv-03740 and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| IN RE OAKBEND MEDICAL CENTER DATA BREACH LITIGATION | Lead Case No.: 4:22-cv-03740 |
|---|---|
| This Document Relates To: | |

2. Initial deadlines for the Consolidated Action are as follows:

a. Plaintiffs shall file a Consolidated Complaint no later than 30 days following entry of this Order;

b. Defendant shall file an answer or otherwise respond to the Consolidated Complaint within 30 days of the filing of the Consolidated Complaint;

c. Plaintiffs shall file an opposition to any motion to dismiss or similar motion filed in response to the Consolidated Complaint within 30 days of the motion;

d. Defendant shall file a reply in support of any motion to dismiss or similar motion within 14 days of Plaintiffs' opposition; and

e. Defendant need not file a response to the Complaints in *Faniel* and *Jacks*, and the pending motion to dismiss in *Higgs* is hereby stricken without prejudice and no response by Plaintiffs is required.

**IT IS SO ORDERED**

Dated: January 27, 2023

Hon. Alfred H. Bennett
United States District Court for the Southern District of Texas